# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00758-CR

**Ex parte Jordan Graham Bice**

## FROM COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
## NO. 18-0202-C, THE HONORABLE DAVID GLICKLER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on January 7, 2019. On counsel's motions, the time for filing was extended to March 7, 2019. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than April 8, 2019. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on March 8, 2019.

Before Justices Goodwin, Baker, and Triana

Do Not Publish